585 A.2d 356

STATE OF NEW JERSEY v. ABRAHAM REYES.

July 17, 1990.

Petition for certification denied.

585 A.2d 356

STATE OF NEW JERSEY v. ANTHONY DANIELS.

July 17, 1990.

Petition for certification denied.

585 A.2d 356

STATE OF NEW JERSEY v. MAE HELEN BROWN.

July 17, 1990.

Petition for certification denied.

585 A.2d 356

STATE OF NEW JERSEY v. IRA B. VINETT.

July 17, 1990.

Petition for certification denied.

585 A.2d 357

STATE OF NEW JERSEY v. GEORGE REED.

July 17, 1990.

Petition for certification denied.